STATE OF MAINE                           SUPERIOR COURT
YORK, SS                                 DOCKET No. CV-2008-298
                                         PAP - VOP - 12/11/2009

GLENN FARRELL,                    )
                                 )
          Plaintiff              )
v.                               )
                                 )
BANK OF AMERICA,                 )       **ORDER ON MOTION FOR**
                                 )       **SUMMARY JUDGMENT**
                                 )
and                              )
                                 )
ANNE HODGIN                      )
                                 )
          Defendants             )

This matter came on for a hearing on Defendants' Joint Motion for Summary Judgment and, after hearing, this Court ORDERS that the Defendants' Motion for Summary Judgment is GRANTED because based on the record in this case there are no genuine issues of material facts and based on the facts presented, Defendants are entitled to judgment in their favor as a matter of law. Plaintiffs have failed to establish a prima facie case for negligence, trespass or nuisance against either Defendant. SO ORDERED. *Judgment for the defendants.*

Dated:
    12/11/09

                                         _____
                                         Justice, Superior Court

I have read *Johnson v Whitten*, 384 A2d 698 (Me 1978), *McRae v Camden + Rockland Water Co*, 138 Me 110 (1941) (with its reference to *Woodwen and Stewart* at 112-113), and *Woodwen and Stewart v The Texas Company*, 133 Me 260 (1935). Also see *Smith v Preston*, 104 Me 156, 161 (1908) for the proposition that, "It is too well settled to need the citation of authorities that no one may artificially collect water on his own land, by means of buildings or otherwise, and discharge it unlawfully upon his neighbor's property upon which it would not have naturally fallen." These cases support the defendants' arguments.

PLAINTIFF
MATTHEW THOMAS MEHALIC, ESQ.
NORMAN HANSON & DETROY
PO BOX 4600
PORTLAND ME   04112-4600

DEFENDANT - BANK OF AMERICA CORPORATION
RUFUS BROWN, ESQ.
BROWN & BURKE
PO BOX 7530
PORTLAND ME   04112-7530

DEFENDANT - ANNE HODGIN
KENNETH PIERCE, ESQ.
MONAGHAN LEAHY
PO BOX 7046
PORTLAND ME   04112-7046